UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. PRINCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Case No. SACV 18-1168 DOC(JC)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |

　　On July 2, 2018, plaintiff Richard C. Prince ("plaintiff"), who is at liberty, is proceeding *pro se*, and has been granted leave to proceed in forma pauperis, filed a complaint in the above-captioned matter.  On July 5, 2018, the Court issued a Case Management Order ("July Order") which directed plaintiff to serve the summons and complaint on defendant within 90 days of the filing of the complaint, *i.e.*, by October 1, 2018, in accordance with Rules 4(i) and 4(m) of the Federal Rules of Civil Procedure, by (1) serving the United States Attorney or his authorized agent personally at the United States Courthouse or by registered or certified mail addressed to the United States Attorney's Civil Process Clerk at the Office of the United States Attorney, Central District of California, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles,

1

California 90012; and (2) serving by registered or certified mail both the Commissioner of the Social Security Administration and the Attorney General of the United States as required by Rule 4(i)(1)(B) of the Federal Rules of Civil Procedure. See July Order ¶ 2. The July Order further directed plaintiff to file proofs of service by October 1, 2018. Finally, the July Order cautioned plaintiff that the failure to effectuate proper service by October 1, 2018, might result in the dismissal of the action without prejudice by reason of plaintiff's failure to prosecute unless plaintiff could show good cause for extending the time for service. Although plaintiff's deadline to effectuate service and to file proofs of service expired on October 1, 2018, plaintiff has to date failed to file any proof of service.

Accordingly, IT IS HEREBY ORDERED, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, that within fourteen (14) days of the date of this Order, *i.e.*, by not later than **December 12, 2018**, plaintiff shall show good cause in writing, if there be any, why service was not made on defendant by October 1, 2018, and why this case should not be dismissed without prejudice for failure to effectuate service, lack of prosecution, and/or failure to comply with the July Order. Failure timely to respond to this Order to Show Cause or to show cause, may result in the dismissal of this action without prejudice for failure to effectuate service, lack of prosecution, and/or failure to comply with the July Order.

IT IS SO ORDERED.

DATED: November 28, 2018

/s/
———————————————
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE